IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No: 2:12-cr-00005 |
| | ) | |
| RONALD W. PAUL | ) | Judge Haynes |

[handwritten annotation: "Granted. This motion is Granted."]

## MOTION FOR LEAVE TO FILE LATE RESPONSE TO MOTION TO DISMISS

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, hereby requests that this Court allow the government to file late a sentencing memorandum in this case. The undersigned attorney recognizes that this Court has many cases and very little time to review late filings, and apologizes for this late filing. As grounds for this motion, the undersigned attorney notes that she has had an ongoing family emergency that has resulted in the undersigned's lengthy and unexpected time away from the office for the last two months. Thus, the government respectfully requests that this Court permit the late filing of the previously filed response to defendant's Motion to Dismiss. (D.E. 27).

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant U.S. Attorney
110th Avenue South, A961
Nashville, Tennessee 37203
Phone: 615-736-5151

1