IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) ) | No. 2:12-cr-00005<br>Chief Judge Haynes |
| RONALD W. PAUL | ) ) ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant Ronald W. Paul's motion to dismiss the indictment (Docket Entry No. 22) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this 25 day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court