IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No: 2:12-cr-00005 |
| | ) | |
| RONALD W. PAUL | ) | Judge Haynes |
| | ) | |

## MOTION TO CONTINUE TRIAL DATE AND EXCLUDE TIME UNDER SPEEDY TRIAL

The United States, through Acting United States Attorney David Rivera and Assistant United States Attorney S. Carran Daughtrey, and pursuant to Title 18, United States Code, Section 3156(h)(7), moves this Court to reset the trial in this matter. The trial in this matter currently is set for Tuesday, July 16, 2013. In preparing for this trial, the government has discovered that several witnesses are unavailable for trial at that time. For example, one witness has vacation plans for that week, another has recently moved out of state, a third has a medical conflict, and another is scheduled to deliver a baby on that day. Additionally, at least one of these witnesses has been subpoenaed by the defense. Without these witnesses, the government will be unable to present its case in an effective manner. Defense counsel has no objection to this motion but requests that the trial not be reset during the week of July 22, 2013, due to prior obligations.

Wherefore, the government requests this Court grant this continuance by finding that based on the unavailability of a number of government witnesses, the ends of justice by taking such action outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3156(h)(7)(A). The government further moves, pursuant to 18 U.S.C. § 3156(h)(7)(A),

1
[Handwritten margin note:] Granted. This motion was granted in the interests of justice to allow government to secure the attendance of necessary witnesses. Counsel had to keep to commit to mutual agreed on a new trial date. 8-8-13