UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No: 2:12-cr-00005 |
| ) | Judge William J. Haynes, Jr. |
| RONALD W. PAUL ) | |

## GOVERNMENT'S REQUEST FOR STATUS HEARING

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, requests this Court set a status hearing in the above styled case as soon as practical in order to set the case for trial.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically by mail to Isaiah Gant, Assistant Federal Public Defender, 810 Broadway, Suite 200, Nashville, TN 37203-3805, on this, the 12th day of January, 2015.

/s/ S. Carran Daughtrey
S. Carran Daughtrey