IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 2:12-cr-00005 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| RONALD W. PAUL | ) | |
| | ) | |

## ORDER

For the reasons stated in open court during the trial of this action, the Government's motion to strike testimony elicited in cross examination (Docket Entry No. 106) is **DENIED as moot**.

It is so **ORDERED**.

**ENTERED** this the 7th day of May, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge