IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:12-cr-00005 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| RONALD W. PAUL | ) | |

## ORDER

The sentencing hearing in this action is set for **Monday, June 29, 2015 at 2:30 p.m.**, in the United States Courthouse in Nashville, Tennessee. By **Friday, June 26, 2015,** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing. Failure to comply with this deadline may result in the resetting of the sentencing hearing.

It is so **ORDERED**.

ENTERED this the 18th day of May, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge