# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:12-cr-00005 |
| v. ) | Senior Judge Haynes |
| ) | |
| RONALD W. PAUL ) | |

## ORDER

Before the Court is Defendant's motion to amend or correct judgment (Docket Entry No. 133). Defendant seeks an amended judgment, pursuant to Fed. R. Crim. P. 36, reflecting that the sentence imposed on all three counts of the indictment shall be served concurrent to each other. To date, the Government has not filed any response in opposition.

Upon review of the record, Defendant's motion (Docket Entry No. 133) is **GRANTED**. The Judgment in this action (Docket Entry No. 128) is **AMENDED** to reflect that the sentence imposed on all three counts of the indictment shall be served concurrently.

It is so **ORDERED**.

**ENTERED** this the 28 day of July, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge