UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:12-00005 |
| | ) | Judge Trauger |
| RONALD W. PAUL | ) | |

## ORDER

Pending before the court is the Defendant's Renewed, Post-Appeal Motion To Dismiss The Government's Indictment And/Or Motion For New Trial (Docket No. 156) in this case, to which the Government has filed a Response (Docket No. 168). For the reasons set forth in the accompanying Memorandum, the Defendant's Motion is GRANTED in part, and DENIED in part. The Defendant's convictions on Counts One and Two are vacated, and the conviction on Count Three is sustained.

It is so **ORDERED.**

Enter this 13th day of March 2017.

_____
ALETA A. TRAUGER
U.S. District Judge